# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                  Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*,<br><br>                  Plaintiff,<br><br>v.<br><br>(SEE *EXHIBIT 1* ATTACHED HERETO),<br><br>                  Defendant. | Adv. Proc. Case Nos. (SEE *EXHIBIT 1*) |

## STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY MATTERS

Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation Trust, plaintiff in the above-referenced cases, hereby submits this status report pursuant to the scheduling order.

Attached hereto is the status for the above-referenced cases associated with Woodbridge Group of Companies, LLC, et al., Case No. 17-12560 (BLS).

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

| | |
|---|---|
| Dated: March 5, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Colin R. Robinson* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Andrew W. Caine (CA Bar No. 110345) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899 (Courier 19801) |
| | Telephone: 302-652-4100 |
| | Fax: 302-652-4400 |
| | Email: bsandler@pszjlaw.com |
| | acaine@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | |
| | *Counsel to Plaintiff Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust* |

**STATUS CATEGORY C:** List all cases where service is complete, no answer has been filed, and Plaintiff is making a motion or request for Default Judgment.

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| IRA Services Trust Company, Custodian for the Benefit of Harold L. Lustig IRA; Harold L. Lustig | 19-50910 | An entry of default has been entered by the Clerk and Plaintiff intends to file a request for default judgment. |
| Eric Little | 19-50944 | Plaintiff intends to file a request for entry of default. |
| Christopher Longworth | 19-50928 | Plaintiff intends to file a request for entry of default. |

**STATUS CATEGORY E:** List all cases that have settled or resolved, but a notice or stipulation of dismissal cannot yet be filed.

| Defendant(s) | Adv. Case No. | Comment |
|---|---|---|
| Elizabeth Haskell | 19-50839 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Matthew Gilchrist | 19-50997 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Terry B. Griffin, in his capacity as Trustee of the Griffin Family Trust, Terry B. Griffin | 19-50744 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Yanitsha M. Feliciano | 19-51015 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| James A. Klohn & Assoc., P.A. | 19-50989 | This matter has been settled.  Plaintiff intends to file a dismissal. |
| Christopher J Watson | 19-50848 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Thomas Furman | 19-50299 | This matter has been settled.  Plaintiff intends to file a dismissal. |
| Russell Bullis, Betsy Bullis | 19-50310 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Stephen B. Moore | 19-50350 | This matter has been settled.  Plaintiff intends to file a dismissal. |
| Ascensus, LLC, Custodian for the Benefit of Donald L. Engle Jr. IRA, Donald L. Engle Jr. | 19-50566 | The parties are currently in settlement discussions. |
| Mainstar Trust, Custodian for the Benefit of Lorie Gorman, Lorie Gorman | 19-50567 | This matter has been settled subject to documentation. |
| IRA Services Trust Company, Custodian for the Benefit of James C. Chang IRA, James C Chang | 19-50576 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Anthony Arthur Meola Jr., in his capacity as Trustee of the Anthony Arthur Meola Jr. 2008 Trust, Anthony Arthur Meola Jr. | 19-50741 | This matter has been settled subject to documentation. |
| Provident Trust Group, LLC, Custodian for the Benefit of John B. Smith IRA, John B Smith | 19-50760 | This matter has been settled subject to documentation. |
| Mainstar Trust, Custodian for the Benefit of Sherry L. Collver, Sherry L. Collver | 19-50794 | This matter has been settled subject to documentation. |

| | | |
|---|---|---|
| Ascensus, LLC d/b/a Provident Trust Group, Custodian for the Benefit of Sharon R. Ferry IRA, Sharon R. Ferry | 19-50831 | This matter has been settled subject to documentation. |
| Hart Placement Agency, Inc. | 19-50847 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Kathy Hagen, in her Capacity as Trustee to the Kathy A. Hagen Declaration of Trust Dated March 2,1998; Kathy Hagen | 19-50869 | This matter has been settled subject to documentation. |
| Michael Kandravi | 19-50914 | This matter has been settled subject to documentation. |
| Kim Butler | 19-50917 | This matter has been settled subject to documentation. |
| John Fagan | 19-50947 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| Daniel P. Orfin | 19-51005 | This matter has been settled subject to documentation. |
| Harris Financial Management and John G. Harris | 19-51011 | This matter has been settled. Plaintiff intends to file a dismissal once the settlement payment has been received in full. |
| To The Max Marketing, Inc. | 19-51066 | This matter has been settled subject to documentation. |

**STATUS CATEGORY G:** Mediator has been selected or appointed.

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator |
|---|---|---|
| Stefan Kolosenko | 19-50301 | Leslie Berkoff, Esq. |
| Alexander S. Aduna, Emma R. Aduna | 19-50307 | Ian Conner Bifferato, Esq. |
| Sylvan R. Jutte, Jeannette E. Jutte | 19-50308 | Ian Conner Bifferato, Esq. |
| Brian D. Korkus, Robin L. Korkus | 19-50309 | Ian Conner Bifferato, Esq. |
| Mary M. Noyes, Gale E. Noyes | 19-50312 | Ian Conner Bifferato, Esq. |
| Delton Christman, Jean Christman | 19-50314 | Ian Conner Bifferato, Esq. |
| Floyd G Davis, Lavonne J. Davis | 19-50317 | Ian Conner Bifferato, Esq. |
| George T. Iwahiro, Charlene M. Iwahiro | 19-50319 | Ian Conner Bifferato, Esq. |
| Toomas Heinmets, Pamela Heinmets | 19-50322 | Ian Conner Bifferato, Esq. |
| Richard E. Attig, Stephanie L. Attig | 19-50325 | Lucian B. Murley, Esq. |
| Jason Curtis | 19-50327 | Derek C. Abbott, Esq. |
| Janet V. Dues | 19-50328 | Ian Conner Bifferato, Esq. |
| Dena Falkenstein | 19-50329 | Ian Conner Bifferato, Esq. |
| Judy Karen Goodin | 19-50330 | Ian Conner Bifferato, Esq. |
| Dennis W. Hueth | 19-50331 | Ian Conner Bifferato, Esq. |
| Christian Lester | 19-50332 | Ian Conner Bifferato, Esq. |
| Joseph Lin | 19-50334 | Ian Conner Bifferato, Esq. |
| Jane Marshall | 19-50335 | Ian Conner Bifferato, Esq. |
| Laurence J. Nakasone | 19-50337 | Ian Conner Bifferato, Esq. |
| Blaine Phillips | 19-50338 | Ian Conner Bifferato, Esq. |
| George Edward Sargent | 19-50340 | Ian Conner Bifferato, Esq. |
| Jeff Schuster | 19-50341 | Ian Conner Bifferato, Esq. |
| Jennifer Tom | 19-50342 | Ian Conner Bifferato, Esq. |
| Anita Bedoya, Mark Bedoya | 19-50343 | Ian Conner Bifferato, Esq. |
| Anita Bedoya, Julian Duran | 19-50344 | Ian Conner Bifferato, Esq. |
| Ronald Cole | 19-50346 | Ian Conner Bifferato, Esq. |
| Ronald Draper | 19-50347 | Ian Conner Bifferato, Esq. |
| Lawrence J. Paynter | 19-50351 | Ian Conner Bifferato, Esq. |
| Nannette Tibbitts | 19-50353 | Ian Conner Bifferato, Esq. |
| Mainstar Trust, Custodian for the Benefit of John Korbierecki, John Korbierecki | 19-50578 | Lucian B. Murley, Esq. |
| IRA Services Trust Company, Custodian for the Benefit of Dwight L. Atherton IRA, Dwight L Atherton | 19-50581 | Derek C. Abbott, Esq. |
| Ascensus, LLC, Custodian for the Benefit of Deborah J. Murphy IRA, Deborah J. Murphy | 19-50583 | Derek C. Abbott, Esq. |
| Ascensus, LLC, Custodian for the Benefit of Larry A. Norton IRA, Larry A. Norton | 19-50586 | Judith K. Fitzgerald, Esq. |
| Mainstar Trust, Custodian for the Benefit of Timothy Hawley, Timothy Hawley | 19-50750 | Ian Conner Bifferato, Esq. |
| Irmgard Herrmann | 19-50752 | Ian Conner Bifferato, Esq. |
| Christ Temple Baptist Church | 19-50756 | Ian Conner Bifferato, Esq. |
| Mainstar Trust, Custodian for the Benefit of Jeanne Marie Spezia; Jeanne Marie | 19-50806 | Leslie Berkoff, Esq. |

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator |
|---|---|---|
| Spezia | | |
| IRA Services Trust Company, Custodian for the Benefit of Lynette Eddy IRA, Lynette Eddy | 19-50808 | Judith K. Fitzgerald, Esq. |
| IRA Services Trust Company, Custodian For The Benefit of Earl Eddy IRA, Earl Eddy | 19-50814 | Judith K. Fitzgerald, Esq. |
| Marcella P. Best | 19-50819 | Leslie Berkoff, Esq. |
| Althea McCormick | 19-50823 | Ian Conner Bifferato, Esq. |
| Kirk W Chubka | 19-50826 | Judith K. Fitzgerald, Esq. |
| Mary Ellen Nuhn | 19-50829 | Judith K. Fitzgerald, Esq. |
| Clayton Nakasone | 19-50832 | Ian Conner Bifferato, Esq. |
| Robert Elmer | 19-50850 | Ian Conner Bifferato, Esq. |
| Peter Greenberg | 19-50855 | Ian Conner Bifferato, Esq. |
| Fred Randhahn; Karen Randhahn; Ascensus, LLC d/b/a Provident Trust Group, Custodian for the Benefit of Antelope Women's Center 401K PSP for the Benefit of Karen Randhahn; Kronos Global Advisors, Inc. | 19-50908 | Ian Conner Bifferato, Esq. |
| Phillip Ball (aka Larry Ball) | 19-50913 | Judith K. Fitzgerald, Esq. |
| Maxwell Financial Group, Inc. | 19-50915 | Derek C. Abbott, Esq. |
| Joseph Rubin Inc., a New York corporation, Joseph Rubin | 19-50918 | Judith K. Fitzgerald, Esq. |
| Mark Goldfinger | 19-50920 | Leslie Berkoff, Esq. |
| All Mark Insurance Services, Inc., Cameron Johnson | 19-50921 | Leslie Berkoff, Esq. |
| Chris Dantin Financial Services, LLC, Chris A. Dantin, Sr. | 19-50922 | Derek C. Abbott, Esq. |
| Danny Van Houten | 19-50927 | Judith K. Fitzgerald, Esq. |
| Retirement Services LLC | 19-50931 | Leslie Berkoff, Esq. |
| Jerome Schwartz, Associated Insurance Group, Incorporated | 19-50938 | Judith K. Fitzgerald, Esq. |
| Frontier Advisors Group LLC, David Nichols | 19-50945 | Derek C. Abbott, Esq. |
| Ivy League College Planning Strategies, Inc., Michael Rappa | 19-50951 | Judith K. Fitzgerald, Esq. |
| James Lamont | 19-50952 | Ian Conner Bifferato, Esq. |
| Gregg W. Butler | 19-50958 | Leslie Berkoff, Esq. |
| Gerard J. O'Neill | 19-50964 | Ian Conner Bifferato, Esq. |
| James E. Campbell Jr. Inc. (d/b/a Campbell Financial Corp.), and James E. Campbell, Jr. | 19-50965 | Lucian B. Murley, Esq. |
| David Keledjian | 19-50973 | Ian Conner Bifferato, Esq. |
| Harold Plain | 19-50974 | Leslie Berkoff, Esq. |
| Joseph W. Isaac | 19-50976 | Leslie Berkoff, Esq. |
| Randy Robertson | 19-50977 | Leslie Berkoff, Esq. |
| Joseph A. Loox | 19-50978 | Leslie Berkoff, Esq. |

| Defendant(s) | Adv. Case No. | Appointed/Selected Mediator |
|---|---|---|
| Donovan Knowles | 19-50980 | Judith K. Fitzgerald, Esq. |
| Gregory Jandt | 19-50981 | Ian Conner Bifferato, Esq. |
| John J. McNamara | 19-50998 | Ian Conner Bifferato, Esq. |
| David Valencia, Valencia Financial Services, LLC | 19-51000 | Leslie Berkoff, Esq. |
| Bette Tydings | 19-51002 | Derek C. Abbott, Esq. |
| Ricki Dean Wiggs a/k/a Ricki Wiggs | 19-51003 | Ian Conner Bifferato, Esq. |
| Retirement Planning Solutions, LLC, Gordon Hannah | 19-51004 | Derek C. Abbott, Esq. |
| Dennis Drake, Mid-Atlantic Brokers, Inc. | 19-51006 | Ian Conner Bifferato, Esq. |
| Dan Reisinger | 19-51007 | Ian Conner Bifferato, Esq. |
| Richard Anthony Miller | 19-51008 | Lucian B. Murley, Esq. |
| Gaulan Financial LLC | 19-51012 | Derek C. Abbott, Esq. |
| Legacy Financial Network and Retirement Services, Inc. and Jeffrey Nimmow | 19-51016 | Lucian B. Murley, Esq. |
| Searchlight Financial Advisors, LLC, Caroline Rakness | 19-51022 | Leslie Berkoff, Esq. |
| Michael P. Litwin | 19-51023 | Ian Conner Bifferato, Esq. |
| Kenneth Halbert | 19-51027 | Ian Conner Bifferato, Esq. |
| Alfred S. Malianni, In His Capacity As Co-Trustee Of The Alfred S. And Gail E. Malianni Revocable Living Trust January 15, 2011; Gail E. Malianni, in her capacity as co-trustee of the Alfred S. and Gail E. Malianni Revocable Living Trust January 15, 2011; Alfred S. Malianni; Gail E. Maliani | 19-51034 | Lucian B. Murley, Esq. |
| Basic Financial Services Inc., Basic Wealth Advisors, Inc., Fred C. Johnson | 19-51039 | Ian Conner Bifferato, Esq. |
| TWH Annuities & Insurance Agency, Inc., Gryphon Financial Services | 19-51042 | Derek C. Abbott, Esq. |
| Sycamore Group, Inc., Bender W. Mackey | 19-51043 | Ian Conner Bifferato, Esq. |
| Uma Gajavada | 19-51046 | Derek C. Abbott, Esq. |
| Jay N. Brown | 19-51047 | Derek C. Abbott, Esq. |
| Robert Biscardi Jr. | 19-51048 | Lucian B. Murley, Esq. |
| Arash Tashvighi | 19-51049 | Lucian B. Murley, Esq. |
| Ascensus, LLC, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth IRA, Christopher M. Soulier | 19-51050 | Lucian B. Murley, Esq. |
| Structured Strategies, LLC, Alan K. Hoffman | 19-51067 | Judith K. Fitzgerald, Esq. |
| Deb Brundage | 19-51069 | Lucian B. Murley, Esq. |

| **Defendant(s)** | **Adv. Case No.** | **Appointed/Selected Mediator** |
|---|---|---|
| Matthew Schwartz, Matte Black Inc. | 19-51077 | Ian Conner Bifferato, Esq. |
| Ascensus, LLC, Custodian for the Benefit of Gail Marie Bush IRA, Gail Marie Bush, Gail Marie Bush as Trustee of the Gail Marie Bush Trust Dated 12/21/2001 | 19-51133 | Ian Conner Bifferato, Esq. |
| IRA Services Trust Company, Custodian for the Benefit of Richard Derf Sep IRA, Richard Derf | 19-51136 | Judith K. Fitzgerald, Esq. |
| Harry R. Culotta, in his Capacity as Trustee of the Harry R. Culotta Trust Dated 11/16/16, Harry R. Culotta | 19-51138 | Ian Conner Bifferato, Esq. |

# **EXHIBIT 1**

| Defendant(s) | Adv. Case No. |
|---|---|
| Christopher J Watson | 19-50848 |
| IRA Services Trust Company, Custodian for the Benefit of Harold L. Lustig IRA; Harold L. Lustig | 19-50910 |
| Eric Little | 19-50944 |
| Christopher Longworth | 19-50928 |
| Elizabeth Haskell | 19-50839 |
| Matthew Gilchrist | 19-50997 |
| Terry B. Griffin, in his capacity as Trustee of the Griffin Family Trust, Terry B. Griffin | 19-50744 |
| Yanitsha M. Feliciano | 19-51015 |
| Thomas Furman | 19-50299 |
| Stefan Kolosenko | 19-50301 |
| Alexander S. Aduna, Emma R. Aduna | 19-50307 |
| Sylvan R. Jutte, Jeannette E. Jutte | 19-50308 |
| Brian D. Korkus, Robin L. Korkus | 19-50309 |
| Russell Bullis, Betsy Bullis | 19-50310 |
| Mary M. Noyes, Gale E. Noyes | 19-50312 |
| Delton Christman, Jean Christman | 19-50314 |
| Floyd G Davis, Lavonne J. Davis | 19-50317 |
| George T. Iwahiro, Charlene M. Iwahiro | 19-50319 |
| Toomas Heinmets, Pamela Heinmets | 19-50322 |
| Richard E. Attig, Stephanie L. Attig | 19-50325 |
| Jason Curtis | 19-50327 |
| Janet V. Dues | 19-50328 |
| Dena Falkenstein | 19-50329 |
| Judy Karen Goodin | 19-50330 |
| Dennis W. Hueth | 19-50331 |
| Christian Lester | 19-50332 |
| Joseph Lin | 19-50334 |
| Jane Marshall | 19-50335 |
| Laurence J. Nakasone | 19-50337 |
| Blaine Phillips | 19-50338 |
| George Edward Sargent | 19-50340 |
| Jeff Schuster | 19-50341 |
| Jennifer Tom | 19-50342 |
| Anita Bedoya, Mark Bedoya | 19-50343 |
| Anita Bedoya, Julian Duran | 19-50344 |
| Ronald Cole | 19-50346 |
| Ronald Draper | 19-50347 |
| Stephen B. Moore | 19-50350 |
| Lawrence J. Paynter | 19-50351 |
| Nannette Tibbitts | 19-50353 |
| Ascensus, LLC, Custodian for the Benefit of Donald L. Engle Jr. IRA, Donald L. Engle Jr. | 19-50566 |

| Defendant(s) | Adv. Case No. |
|---|---|
| Mainstar Trust, Custodian for the Benefit of Lorie Gorman, Lorie Gorman | 19-50567 |
| IRA Services Trust Company, Custodian for the Benefit of James C. Chang IRA, James C Chang | 19-50576 |
| Mainstar Trust, Custodian for the Benefit of John Korbierecki, John Korbierecki | 19-50578 |
| IRA Services Trust Company, Custodian for the Benefit of Dwight L. Atherton IRA, Dwight L Atherton | 19-50581 |
| Ascensus, LLC, Custodian for the Benefit of Deborah J. Murphy IRA, Deborah J. Murphy | 19-50583 |
| Ascensus, LLC, Custodian for the Benefit of Larry A. Norton IRA, Larry A. Norton | 19-50586 |
| Anthony Arthur Meola Jr., in his capacity as Trustee of the Anthony Arthur Meola Jr. 2008 Trust, Anthony Arthur Meola Jr. | 19-50741 |
| Mainstar Trust, Custodian for the Benefit of Timothy Hawley, Timothy Hawley | 19-50750 |
| Irmgard Herrmann | 19-50752 |
| Christ Temple Baptist Church | 19-50756 |
| Provident Trust Group, LLC, Custodian for the Benefit of John B. Smith IRA, John B Smith | 19-50760 |
| Mainstar Trust, Custodian for the Benefit of Sherry L. Collver, Sherry L. Collver | 19-50794 |
| Mainstar Trust, Custodian for the Benefit of Jeanne Marie Spezia; Jeanne Marie Spezia | 19-50806 |
| IRA Services Trust Company, Custodian for the Benefit of Lynette Eddy IRA, Lynette Eddy | 19-50808 |
| IRA Services Trust Company, Custodian For The Benefit of Earl Eddy IRA, Earl Eddy | 19-50814 |
| Marcella P. Best | 19-50819 |
| Althea McCormick | 19-50823 |
| Kirk W Chubka | 19-50826 |
| Mary Ellen Nuhn | 19-50829 |
| Ascensus, LLC d/b/a Provident Trust Group, Custodian for the Benefit of Sharon R. Ferry IRA, Sharon R. Ferry | 19-50831 |
| Clayton Nakasone | 19-50832 |
| Hart Placement Agency, Inc. | 19-50847 |
| Robert Elmer | 19-50850 |
| Peter Greenberg | 19-50855 |
| Kathy Hagen, in her Capacity as Trustee to the Kathy A. Hagen Declaration of Trust Dated March 2,1998; Kathy Hagen | 19-50869 |
| Fred Randhahn; Karen Randhahn; Ascensus, LLC d/b/a Provident Trust Group, Custodian for the Benefit of Antelope Women's Center 401K PSP for the Benefit of Karen Randhahn; Kronos Global Advisors, Inc. | 19-50908 |
| Phillip Ball (aka Larry Ball) | 19-50913 |
| Michael Kandravi | 19-50914 |
| Maxwell Financial Group, Inc. | 19-50915 |
| Kim Butler | 19-50917 |
| Joseph Rubin Inc., a New York corporation, Joseph Rubin | 19-50918 |
| Mark Goldfinger | 19-50920 |
| All Mark Insurance Services, Inc., Cameron Johnson | 19-50921 |
| Chris Dantin Financial Services, LLC, Chris A. Dantin, Sr. | 19-50922 |
| Danny Van Houten | 19-50927 |

| Defendant(s) | Adv. Case No. |
|---|---|
| Retirement Services LLC | 19-50931 |
| Jerome Schwartz, Associated Insurance Group, Incorporated | 19-50938 |
| Frontier Advisors Group LLC, David Nichols | 19-50945 |
| John Fagan | 19-50947 |
| Ivy League College Planning Strategies, Inc., Michael Rappa | 19-50951 |
| James Lamont | 19-50952 |
| Gregg W. Butler | 19-50958 |
| Gerard J. O'Neill | 19-50964 |
| James E. Campbell Jr. Inc. (d/b/a Campbell Financial Corp.), and James E. Campbell, Jr. | 19-50965 |
| David Keledjian | 19-50973 |
| Harold Plain | 19-50974 |
| Joseph W. Isaac | 19-50976 |
| Randy Robertson | 19-50977 |
| Joseph A. Loox | 19-50978 |
| Donovan Knowles | 19-50980 |
| Gregory Jandt | 19-50981 |
| James A. Klohn & Assoc., P.A. | 19-50989 |
| John J. McNamara | 19-50998 |
| David Valencia, Valencia Financial Services, LLC | 19-51000 |
| Bette Tydings | 19-51002 |
| Ricki Dean Wiggs a/k/a Ricki Wiggs | 19-51003 |
| Retirement Planning Solutions, LLC, Gordon Hannah | 19-51004 |
| Daniel P. Orfin | 19-51005 |
| Dennis Drake, Mid-Atlantic Brokers, Inc. | 19-51006 |
| Dan Reisinger | 19-51007 |
| Richard Anthony Miller | 19-51008 |
| Harris Financial Management and John G. Harris | 19-51011 |
| Gaulan Financial LLC | 19-51012 |
| Legacy Financial Network and Retirement Services, Inc. and Jeffrey Nimmow | 19-51016 |
| Searchlight Financial Advisors, LLC, Caroline Rakness | 19-51022 |
| Michael P. Litwin | 19-51023 |
| Kenneth Halbert | 19-51027 |
| Alfred S. Malianni, In His Capacity As Co-Trustee Of The Alfred S. And Gail E. Malianni Revocable Living Trust January 15, 2011; Gail E. Malianni, in her capacity as co-trustee of the Alfred S. and Gail E. Malianni Revocable Living Trust January 15, 2011; Alfred S. Malianni; Gail E. Maliani | 19-51034 |
| Basic Financial Services Inc., Basic Wealth Advisors, Inc., Fred C. Johnson | 19-51039 |
| TWH Annuities & Insurance Agency, Inc., Gryphon Financial Services | 19-51042 |
| Sycamore Group, Inc., Bender W. Mackey | 19-51043 |
| Uma Gajavada | 19-51046 |
| Jay N. Brown | 19-51047 |
| Robert Biscardi Jr. | 19-51048 |
| Arash Tashvighi | 19-51049 |
| Ascensus, LLC, Administrator and Custodian for the Benefit of Christopher M. Soulier Roth IRA, Christopher M. Soulier | 19-51050 |
| To The Max Marketing, Inc. | 19-51066 |

| Defendant(s) | Adv. Case No. |
|---|---|
| Structured Strategies, LLC, Alan K. Hoffman | 19-51067 |
| Deb Brundage | 19-51069 |
| Matthew Schwartz, Matte Black Inc. | 19-51077 |
| Ascensus, LLC, Custodian for the Benefit of Gail Marie Bush IRA, Gail Marie Bush, Gail Marie Bush as Trustee of the Gail Marie Bush Trust Dated 12/21/2001 | 19-51133 |
| IRA Services Trust Company, Custodian for the Benefit of Richard Derf Sep IRA, Richard Derf | 19-51136 |
| Harry R. Culotta, in his Capacity as Trustee of the Harry R. Culotta Trust Dated 11/16/16, Harry R. Culotta | 19-51138 |