# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>PROVIDENT TRUST GROUP, CUSTODIAN FOR THE BENEFIT OD DONALD L. ENGLE JR. IRA; DONALD L. ENGLE JR.,<br><br>Defendants. | Adv. Proc. No. 19-50566 (JKS)<br><br>**Ref Docket No. 54** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

SHARNA WILSON, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

2. On July 8, 2021, I caused to be served the "Stipulation of Dismissal of Adversary Proceeding," dated July 8, 2021 [Docket No. 54], by causing a true and correct copy to be enclosed securely in separate postage pre-paid envelope and delivered via first class mail to the following party: *Donald L Engle Jr., 859 Bolton Abbey Lane, Vandalia, Ohio 45377*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

      */s/ Sharna Wilson*
      Sharna Wilson

Sworn to before me this
9th day of July, 2021
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022